**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

**JONATHAN SLOAN,**

                    *Plaintiff*,

**v.**                                                            **CIVIL ACTION NO.: 5:23-cv-00186**

**GOOGLE LLC, and ALLIED
UNIVERSAL SECURITY SERVICES,**

                    *Defendants*.

## ORDER GRANTING DEFENDANTS' MOTION
## TO CONSOLIDATE CASES UNDER FRCP 42(A)

THIS MATTER is before the Court on Defendants' Motion to Consolidate Cases under FRCP 42(a), Doc. No. 13. For good cause shown – including that the two cases to be consolidated arise from a single complaint but have been docketed as separate cases only because each Defendant removed the case at a different time – the motion, which is not opposed by Plaintiff, will be granted.

Now, therefore, it is **HEREBY ORDERED** that:

1.      Defendants' Motion to Consolidate Cases under FRCP 42(a) is **GRANTED;**

2.      The Clerk of Court is directed to consolidate Matter No. 5:23-cv-00164, styled "*Jonathan Sloan v. Google LLC and Allied Universal Security Services*," with Matter No. 5:23-cv-00186, styled "*Jonathan Sloan v. Google LLC and Allied Universal Security Services*";

3.      Matter No. 5:23-cv-00164 shall be designated as the "Lead Case," and all future documents in these cases shall be filed in said matter. The Clerk of Court is directed to file a copy of this order in both *Jonathan Sloan v. Google LLC and Allied Universal Security Services*, No. 5:23-cv-00164 and *Jonathan Sloan v. Google LLC and Allied Universal Security Services*, No. 5:23-cv-00186; and

4.      The Clerk of Court is directed to administratively close *Jonathan Sloan v. Google LLC and Allied Universal Security Services*, No. 5:23-cv-00186.

**IT IS SO ORDERED.**


Signed: January 16, 2024


Kenneth D. Bell
United States District Judge