# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

Civil Action No. 5:23-CV-00164-KDB-SCR

| | |
|---|---|
| JONATHAN SLOAN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC, and ALLIED<br>UNIVERSAL SECURITY SERVICES,<br><br>    Defendants. | **PLAINTIFF'S MOTION FOR LEAVE<br>TO FILE AMENDED COMPLAINT** |

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and through counsel, Plaintiff respectfully moves the Court for leave to file his First Amended Complaint. In support of his motion, Plaintiff shows the Court:

1. Plaintiff filed a Complaint in the Superior Court of Caldwell County, North Carolina on August 29, 2023, alleging six claims for relief.

2. Defendant Google LLC ("Defendant Google") removed this action to this Court on October 13, 2023.

3. Defendant Google filed its Motion to Dismiss this action on November 20, 2023.

4. Defendant Allied filed its Motion to Dismiss this action on December 15, 2023.

5. On August 6, 2024, the Court filed a Memorandum and Recommendation, recommending that all of Plaintiff's claims in this action, except for the second cause of action, and action for religious discrimination resulting in disparate treatment under the North Carolina Equal Employment Practices Act.

6. Plaintiff seeks to amend the Complaint to add federal claims, which were not included in

the original Complaint but are now pertinent following the case's removal to federal court.

7. The proposed amendments to the Complaint introduce federal claims related to wrongful discharge under Title VII of the Civil Rights Act of 1964 that arise from the same nucleus of facts as the claims initially asserted in this case.

8. Plaintiff submits that Defendants will not be unfairly prejudiced if the Court grants Plaintiff leave to amend its complaint in this action by service of the First Amended Complaint in that the core issues underlying both sets of claims are interrelated and involve the same factual circumstances that form the basis of the current dispute.

9. Allowing these federal claims to be added will promote judicial efficiency by addressing all related issues in a single proceeding and ensuring that the case is adjudicated comprehensively.

10. No answers have been filed or served in this action by either Defendant.

11. No discovery has been taken or served in this action and discovery is at an early stage.

12. Plaintiff submits that Defendants will not be unfairly prejudiced if the Court grants Plaintiff leave to amend its complaint in this action by service of the First Amended Complaint at this early stage of the action.

13. This motion is not the result of delay, bad faith, or dilatory motive on the Plaintiff's part.

14. Plaintiff will file alongside their Motion a Memorandum in Support of their Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant the Plaintiff's Motion for Leave to Amend the Complaint.

*[signatures on following page]*

Respectfully submitted, this the 20th day of August, 2024.

/s/ Alyssa Sanchez Wright
King Law Offices, P.C.
1351 N. Center Street
Hickory, North Carolina 28601
T: (828) 288-3085 ext. 2004
E: asanchez@kinglawoffices.com
NCSB No. 60337

/s/ Nicholas A. White
King Law Offices, P.C.
1351 N. Center Street
Hickory, North Carolina 28601
T: (828) 288-3085 ext. 2004
E: nwhite@kinglawoffices.com
NCSB No. 53661

*ATTORNEYS FOR THE PLAINTIFF*