# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:23-CV-00164-KDB-SCR

| | |
|---|---|
| JONATHAN SLOAN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC AND ALLIED UNIVERSAL SECURITY SERVICES,<br><br>    Defendants. | **ORDER** |

**THIS MATTER** is before the Court following the Parties' recent filings on the issue of the Court's subject matter jurisdiction. (Doc. Nos. 24, 25). In its September 23, 2024 Order, (Doc. No. 23 at 11), the Court directed the Parties to show cause why the Court either has or does not have diversity jurisdiction over this action:

> [I]f this matter is to continue in this Court, it must be under this Court's diversity jurisdiction under 28 U.S.C. § 1332. Defendants must establish: (1) the parties are of diverse citizenship, and (2) the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)-(b). Here, there appears to be complete diversity between the parties, yet it is uncertain whether the amount in controversy exceeds $75,000. Therefore, the Parties will be ordered below to show cause why this Court has subject matter jurisdiction over this action.

In response to this Order, Defendants argued that the Court should "infer" that the amount in controversy exceeds $75,000, but offered no facts to support that inference. Plaintiff failed to answer the question entirely. Accordingly, Plaintiff is directed to file on or before October 15, 2024, a supplemental brief of no more than three pages in length clearly stating whether or not the amount in controversy exceeds $75,000 and any facts which support its position.

1

**SO ORDERED ADJUDGED AND DECREED**.

Signed: October 8, 2024

Kenneth D. Bell
United States District Judge